HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Newworld Ebhodaghe, | CASE NO. 2:25-cv-01749-RAJ |
| Plaintiff, | ORDER |
| v. | |
| Meridian Towing, Inc., | |
| Defendant. | |

THIS MATTER comes before the Court on Plaintiff Newworld Ebhodaghe's Motion for Service by U.S. Marshal, Dkt. # 10. The Court has reviewed the motion and the balance of the record. The Court finds that the requirements of Federal Rule of Civil Procedure 4(c)(3) are satisfied. According, Plaintiff's motion is **GRANTED** and the Court **ORDERS** as follows:

1. Plaintiff is directed to submit a completed summons form to the clerk's office. The summons form is available at: www.wawd.uscourts.gov/court-forms.

ORDER – 1

2. Upon issuance of the summons, the Clerk shall provide a copy of this order, the amended complaint (Dkt. # 8), and the summons to the United States marshal or deputy marshal.

3. The United States marshal or deputy marshal shall serve Defendant Meridian Towing, Inc. with a copy of the summons and complaint and shall file proof of service once completed.

4. The Court extends the time for service under Federal Rule of Civil Procedure 4(m) to **June 30, 2026**.

The Clerk shall provide a copy of this order to Plaintiff.

Dated this 25th day of March, 2026.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER – 2